Argued and submitted September 30, conviction affirmed; sentence vacated; remanded for resentencing December 15, 2004

STATE OF OREGON,
*Respondent,*

*v.*

LUIS AGUILAR-AVILA,
*Appellant.*

00C-53561, 02C-48219; A119821 (Control), A120349
(Cases Consolidated)

106 P3d 646

David C. Degner, Deputy Public Defender, argued the cause for appellant. With him on the briefs were Peter A. Ozanne, Executive Director, and Peter Gartlan, Chief Defender, Office of Public Defense Services.

Timothy Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the briefs were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Edmonds, Presiding Judge, and Wollheim and Schuman, Judges.

PER CURIAM

Conviction affirmed; sentence vacated; remanded for resentencing. *State v. Gornick*, 196 Or App 397, 102 P3d 734 (2004); *State v. Thackaberry*, 194 Or App 511, 95 P3d 1142 (2004).